NUMBER
13-11-00163-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

BARON
LEE GARCIA,                                                                  Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
Appeal from the 36th District Court

                                      of
Aransas County, Texas.

____________________________________________________________

 

                                       MEMORANDUM
OPINION

 

                          Before
Justices Garza, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Baron Lee Garcia, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, 

and our
mandate will issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

12th day of May, 2011.